# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1199
Lower Tribunal No. F02-24095
_____

**Richeen Prophete,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Maria Miranda, Judge.

Law Offices of Michelle Walsh, P.A., and Michelle Walsh, for appellant.

Ashley Moody, Attorney General and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Wyatt v. State, 78 So. 3d 512, 527 (Fla. 2011) (setting forth standard to obtain a new trial based on newly discovered evidence, including requirement "that defendant or his counsel could not have known [of it] by the use of diligence" (internal quotation marks omitted)) (quoting Jones v. State, 709 So. 2d 512, 521 (Fla. 1998)); LaFlippe v. State, 49 Fla. L. Weekly D275 (Fla. 3d DCA Jan. 31, 2024) (same).